UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

## **WITHDRAWAL OF OBJECTION TO CONFIRMATION**

In re:  Kevin Manigo     Case No:     23-30943-KLP

    Comes now Carl M. Bates, Chapter 13 Trustee, and withdraws the Objection to Confirmation he previously filed herein dated **May 5, 2023**, (docket # 30) which was set for hearing on **September 6, 2023** and removed from the court's docket at his direction.

Date: August 24, 2023

/s/ Carl M. Bates
Carl M. Bates, Trustee
PO Box 1819
Richmond, VA 23218-1819
(804) 237-6800
VSB #27815

### CERTIFICATE

    I hereby certify that a true copy of the above Withdrawal of the Objection to Confirmation of Plan was mailed first-class mail, postage prepaid to the debtor(s), Kevin Manigo, 10109 Stanley Ct, Spotsylvania, VA 22553 and electronically sent to debtor's attorney, Henry W. Mclaughlin, III, henry@mclaughlinvalaw.com, the **27th** day of **August 2023**.

                                          /s/ Carl M. Bates
                                          Carl M. Bates